UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY PARRA, an individual, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00447-DAD-EPG<br><br>ORDER ON STIPULATION TO CONTINUE DATES IN COURT'S CLASS ACTION SCHEDULING CONFERENCE ORDER<br><br>(ECF NO. 11) |

Plaintiff filed this proposed class-action Complaint in state court on February 28, 2019. (ECF No. 1.) Defendants removed the case to this Court. (*Id.*) The parties filed a stipulation on September 18, 2019, to continue deadlines in the class-certification scheduling order pending a mediation set for February 28, 2020. (ECF No. 11.) The Court has reviewed the stipulation and IT IS HEREBY ORDERED that the following deadlines in the class-certification scheduling order shall be extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Mid-Discovery Conference | January 15, 2020 | May 13, 2020 |
| Discovery Cutoff | April 24, 2020 | August 21, 2020 |
| Expert Disclosure Deadline | May 15, 2020 | September 11, 2020 |

| Rebuttal Expert Disclosure | June 19, 2020 | October 16, 2020 |
| Expert Discovery Deadline | July 17, 2020 | November 13, 2020 |
| Motion for Class Certification Deadline | August 7, 2020 | December 4, 2020 |

IT IS SO ORDERED.

Dated: __**October 15, 2019**__      /s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE