1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

MARK ANTHONY PARRA, an
individual, on behalf of himself and others
similarly situated

Case No. 1:19-cv-00447-DAD-EPG

12
ORDER GRANTING STIUPLATED
EXTENSION OF DEADLINES

13

Plaintiff,

14
(ECF NO. 15)

v.

15

TRINITY SERVICES GROUP, INC., and
DOES 1 through 50, inclusive,

16
17

Defendants.

18
19          The parties have filed a stipulation to continue the class certification discovery deadlines.

20   (ECF No. 11.) The parties explain that they attended mediation but were unable to reach a

21   resolution of the case, and that they need additional time to conduct class certification discovery,

22   specifically citing the impact of COVID-19 concerns on the discovery process, particularly

23   depositions. (*Id.*)

24          The Court finds good cause for and will accordingly grant the stipulated extensions of

25   time.

26          IT IS ORDERED that the deadlines are extended as follows:

27   ////

28   ////

| Event | Current Deadline | New Deadline |
|---|---|---|
| Mid-Discovery Conference | May 13, 2020 | June 12, 2020 |
| Discovery Cutoff | August 21, 2020 | September 21, 2020 |
| Expert Disclosure Deadline | September 11, 2020 | October 12, 2020 |
| Rebuttal Expert Disclosure | October 16, 2020 | November 16, 2020 |
| Expert Discovery Deadline | November 13, 2020 | December 14, 2020 |
| Motion for Class Certification Deadline | December 4, 2020 | January 4, 2021 |

IT IS SO ORDERED.

Dated:   **March 20, 2020**

/s/ *Eric P. Groß*

UNITED STATES MAGISTRATE JUDGE