IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY PARRA, an individual, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:19-cv-00447-DAD-EPG<br><br>ORDER FOLLOWING MID-DISCOVERY STATUS CONFERENCE AND MODIFYING SCHEDULING ORDER |

For the reasons discussed on the record at the June 11, 2020 Mid-Discovery Status Conference, it is HEREBY ORDERED that:

1) A telephonic informal discovery dispute conference is set for July 8, 2020 at 2:00 p.m. No later than July 6, 2020 at 12:00 p.m., the parties shall simultaneously submit letters outlining their positions regarding the dispute. Such letters shall be no longer than three pages single-spaced and may include up to five pages of exhibits. Letters shall be emailed to the Court at epgorders@caed.uscourts.gov and not filed on the docket. The parties are also directed to exchange their briefs with opposing counsel. To participate telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453. The parties shall meet and confer before

the conference and alert the Court if they are able to resolve their discovery disputes.

2) For each remaining deposition, the parties shall meet and confer to determine whether such deposition will be taken remotely or in person. If the parties are unable to reach an agreement, either party may file a motion to have a deposition conducted by remote means. A response to such motion must be due no later than seven days after the motion was filed. Neither the motion nor the response may exceed five pages.

3) The deadline to file a Motion for Class Certification is hereby continued to January 11, 2021. The new schedule is as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Discovery Cutoff | September 21, 2020 | September 21, 2020 (unchanged) |
| Expert Disclosure Deadline | October 12, 2020 | October 12, 2020 (unchanged) |
| Rebuttal Expert Disclosure | November 16, 2020 | November 16, 2020 (unchanged) |
| Expert Discovery Deadline | December 14, 2020 | December 14, 2020 (unchanged) |
| Motion for Class Certification Deadline | January 4, 2021 | **January 11, 2021** |

IT IS SO ORDERED.

Dated:   **June 15, 2020**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE