**IN UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK ANTHONY PARRA, an individual, on behalf of himself and others similarly situated<br><br>PLAINTIFF,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC.; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO.  1:19-CV-00447-DAD-EPG<br><br>**ORDER RE STIPULATION TO EXTEND DEADLINE TO TAKE PLAINTIFF'S DEPOSITION**<br><br>(ECF No. 30) |

Pursuant to the stipulation of the parties (ECF No. 30) and finding good cause exists, IT IS ORDERED:

1. Defendant is granted an extension of time, to October 19, 2020, to take Plaintiff's deposition;

2. The scheduling conference order (ECF No. 9) as previously modified (ECF Nos. 12, 16, 22) is further modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | September 21, 2020 | October 19, 2020 |
| Expert Disclosure Deadline | October 12, 2020 | November 23, 2020 |
| Rebuttal Expert Disclosure | November 16, 2020 | December 23, 2020 |
| Expert Discovery Deadline | December 14, 2020 | January 22, 2021 |
| Motion for Class Certification Deadline | January 4, 2021 | February 19, 2021 |

IT IS SO ORDERED.

Dated:  **September 17, 2020**          /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

1

**ORDER RE STIPULATION TO EXTEND DEADLINE TO TAKE PLAINTIFF'S DEPOSITION**