UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY PARRA, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC.,<br><br>Defendant. | No. 1:19-cv-00447-DAD-EPG<br><br>ORDER GRANTING PARTIES' STIPULATION TO DISMISS ACTION<br><br>(Doc. No. 33) |

On October 20, 2020, the parties filed a stipulation to voluntarily dismiss this putative class action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 33.) In particular, the parties stipulated and agreed to the dismissal of plaintiff's individual claims with prejudice and the dismissal of plaintiff's class claims without prejudice. (*Id.* at 3–4.) The parties also stipulated that they will each bear their own fees and costs. In addition, to the extent plaintiff's counsel will seek in any other lawsuit to recover for the attorneys' fees and costs associated with the services rendered in this action, the parties have agreed that any such request "will be limited to legal services rendered before March 1, 2020 and related to attending and/or preparing for mediation, and not include any fees and costs associated with legal services rendered after February 28, 2020 and prior to [October 20, 2020]." (*Id.* at 4.)

/////

1

Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered that:

1. This action is dismissed with prejudice as to plaintiff's individual claims and without prejudice as to plaintiff's class claims;

2. The parties shall bear their own fees and costs in this action;

3. All pending deadlines and hearing dates in this action are vacated;

4. All pending motions, including the pending motion to dismiss (Doc. No. 26), are denied as having been rendered moot by the parties' stipulation to voluntarily dismiss this action; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2020**

UNITED STATES DISTRICT JUDGE

2